U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 8 2017

TONY R. MOORE, CLERK
BY: _____ MB
         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:16-cr-00301** |
| **VS.** | : | **JUDGE DRELL** |
| **LUCY RANSOM** | : | **MAGISTRATE JUDGE KAY** |

<u>**JUDGMENT**</u>

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 27], and in the transcript previously filed herein, [Doc. 22] and having thoroughly reviewed the record, no written objections having been filed, and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **LUCY RANSOM** on May 16, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this ___18TH___ day of May, 2017.


_____
DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT